**Motion Denied and Order filed March 12, 2020.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-19-00650-CR**
**NO. 14-19-00651-CR**
_____

**JASMYNE LAMARQUE VAUGHN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1590390 and 1590391**

## ORDER

Appellant is represented by appointed counsel, **Natalie Schultz**. Appellant's brief was originally due November 15, 2019. We have granted a total of 87 days to file appellant's brief until February 10, 2020. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances.

On February 24, 2020, Schultz filed a further request for extension of another 90 days to file appellant's brief. Schultz did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

We order Natalie Schultz to file a brief with the clerk of this court on or before **March 30, 2020**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.